*Elliott Kay, pro se. Solicitor General Thacher, Assistant to the Attorney General O'Brian, Messrs. Claude R. Branch, Charles H. Weston, Robert E. Healy,* and *Martin A. Morrison* for respondent.

No. 854. St. Louis-San Francisco Ry. Co. *v.* Berry, Administratrix. June 2, 1930. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Edward T. Miller, Frank C. Mann,* and *Alexander P. Stewart* for petitioner. *Mr. John B. Pew* for respondent.

No. 858. Chicago & Eastern Illinois Ry. Co. *v.* Divine, Administratrix. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Homer B. Aikman* for petitioner. *Mr. George O. Dix* for respondent.

No. 859. Chicago & Eastern Illinois Ry. Co. *v.* Divine. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Homer B. Aikman* for petitioner. *Mr. George O. Dix* for respondent.

No. 860. Matheny *v.* Edwards Ice Machine & Supply Co. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Arthur I. Moulton* for petitioner. No appearance for respondent.

No. 862. Fidelity and Casualty Co. *v.* Howe. June 2, 1930. Petition for writ of certiorari to the Circuit